DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MYRON JAMES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2205

[October 18, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Dan L. Vaughn, Judge; L.T. Case Nos. 562007CF002999A, 562007CF003328A, 562010CF001607A, 562010CF001849A and 562010CF002465A.

Myron James, Madison, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***